UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

```
XXXXXXXXXXXXXXXXXXXXXXXXXXX
LYNNE CHRISTENSEN,           X
        Plaintiff            X
                             X
    v.                       X    Civil Action No. 04 11773WGY
                             X
KINGSTON SCHOOL COMMITTEE,   X
AND GORDON L. NOSEWORTHY IN  X
HIS PROFESSIONAL CAPACITY AS X
SUPERINTENDENT OF KINGSTON   X
SCHOOLS,                     X
        Defendants           X
XXXXXXXXXXXXXXXXXXXXXXXXXXX
```

### STIPULATION AND ORDER FOR ENLARGEMENT OF TIME TO FILE ANSWER

IT IS STIPULATED by plaintiff and defendants, through their respective counsel, that the time within which defendants may file their answer shall be, subject to approval by the court, extended from September 3, 2004 to and including September 17, 2004 or such other date as the court may order.

Total extensions under previous stipulations and orders: none.

Dated August 27, 2004.

Respectfully Submitted for the defendants,
By their attorney,

_____
Fernand J. Dupere  BBO#138840
223 College Highway
P.O. Box 373
Southampton, MA 01073
(413) 527-4716

Respectfully Submitted for Lynne Christensen,
By her attorneys,

*/s/ Kathryn M. Noonan*

Terence P. Noonan  BBO#648712
Kathryn M. Noonan  BBO#373340
Law Office of Kathryn M. Noonan
1150 Walnut Street
Newton, MA  02461
(617) 969-4518

## ORDER

Pursuant to the above stipulation filed herein, and good cause appearing, IT IS SO ORDERED.

Dated _____, 2004.

# Law Offices of
# Fernand J. Dupere, Esq.

223 College Highway
Post Office Box 373
Southampton, Massachusetts 01073
Tel: (413) 527-4716  Fax: (413) 527-8566

Fernand J. Dupere, Esq.
Russell J. Dupere, Esq.

August 27, 2004

Tony Anastas
Clerk
United States District Court for the
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE: <u>Lynne Christensen v. Kingston School Committee et al.</u>
Civil Action No. 04 11773WGY

Dear Clerk Anastas:

Please find enclosed a "Stipulation and Order for Enlargement of Time to File Answer" in the above-reference matter. Kindly file said document.

If you have any questions, please feel free to contact me.

Sincerely,

Fernand J. Dupere, Esq.