UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*'

LYNNE CHRISTENSEN
    Plaintiff

v.                                              Civil Action No. 04-11773-WGY

KINGSTON SCHOOL COMMITTEE, AND
GORDON L. NOSEWORTHY IN HIS
PROFESSIONAL
CAPACITY AS SUPERINTENDENT
OF KINGSTON SCHOOLS,
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendants, Kingston School Committee, and Gordon L. Noseworthy In His Professional Capacity As Superintendent of Kingston Schools, in the above-entitled matter.

                                            KINGSTON SCHOOL COMMITTEE, AND
                                            GORDON L. NOSEWORTHY IN HIS
                                            PROFESSIONAL CAPACITY AS
                                            SUPERINTENDENT F KINGSTON SCHOOLS,
                                            Defendants
                                            By their attorneys,

                                            /s/ Jennifer L. Markowski

                                            _____
                                            Rebecca J.  Wilson, Esq., BBO# 529980
                                            Jennifer Markowski, BBO # 655927
                                            PEABODY & ARNOLD LLP
                                            30 Rowes Wharf
                                            Boston, MA 02110
                                            (617) 951-2100

DATED: September 14, 2004

## **CERTIFICATE OF SERVICE**

      I, Jennifer L. Markowski, hereby certify that on the 14th day of September 2004, I electronically filed the Assented-To Motion of Defendants To Extend The Time To File An Answer and served the same by first class mail upon the following:

    Terence F. Noonan
    Kathryn M. Noonan
    Law Office of Kathryn M. Noonan
    1150 Walnut Street
    Newton, MA  02461
    617-969-4518

                                                     /s/ Jennifer L. Markowski
                                                     _____
                                                     Jennifer L. Markowski

PABOS2:JMARKOW:597146_1
9999-99999

[TO BE FILED ELECTRONICALLY]

Case 1:04-cv-11773-WGY    Document 3    Filed 09/14/2004    Page 3 of 3