# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*'

LYNNE CHRISTENSEN
    Plaintiff

v.                                                                                            Civil Action No. 04-11773-WGY

KINGSTON SCHOOL COMMITTEE, AND
GORDON L. NOSEWORTHY IN HIS
PROFESSIONAL
CAPACITY AS SUPERINTENDENT
OF KINGSTON SCHOOLS,
    Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ASSENTED-TO MOTION OF DEFENDANTS TO EXTEND THE TIME TO FILE AN ANSWER

The defendants Kingston School Committee, and Gordon L. Noseworthy in his Professional Capacity as Superintendent of Kingston Schools (hereinafter referred to as "the defendants") hereby move, with the assent of the plaintiff, for an extension of time up to and including Friday, October 1, 2004 within which to file an answer to the plaintiff's complaint. In support of this motion, the defendants state they have just recently retained counsel to defend them in this matter and counsel requires additional time to address and respond to the allegations contained in the plaintiff's complaint.

WHEREFORE, the defendants, with the assent of the plaintiff hereby respectfully request this court grant an extension of time up to and including Friday, October 1, 2004 within which the defendants may file an answer to plaintiff's complaint.

| | |
|---|---|
| ASSENTED TO:<br>LYNNE CHRISTENSEN<br>Plaintiff<br>By her attorneys | KINGSTON SCHOOL COMMITTEE,<br>AND GORDON L. NOSEWORTHY<br>IN HIS PROFESSIONAL CAPACITY<br>AS SUPERINTENDENT OF KINGSTON SCHOOLS,<br>Defendants<br>By their attorneys, |
| /s/ Kathryn M. Noonan<br>_____<br>Terence F. Noonan, BBO #648712<br>Kathryn M. Noonan, BBO #373340<br>Law Office of Kathryn M. Noonan<br>1150 Walnut Street<br>Newton, MA  02461<br>(617) 969-4518 | /s/ Jennifer L. Markowski<br>_____<br>Rebecca J.  Wilson, Esq., BBO# 529980<br>Jennifer Markowski, BBO # 655927<br>PEABODY & ARNOLD LLP<br>30 Rowes Wharf<br>Boston, MA 02110<br>(617) 951-2100 |

DATED: September 14, 2004

**CERTIFICATE OF SERVICE**

  I, Jennifer L. Markowski, hereby certify that on the 14th day of September 2004, I electronically filed the Assented-To Motion of Defendants To Extend The Time To File An Answer and served the same by first class mail upon the following:

  Terence F. Noonan
  Kathryn M. Noonan
  Law Office of Kathryn M. Noonan
  1150 Walnut Street
  Newton, MA  02461

            /s/ Jennifer L. Markowski
            _____
            Jennifer L. Markowski

597146_1