**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LYNNE CHRISTENSEN,**<br><br>               **Plaintiff**<br><br>**v.**<br><br>**KINGSTON SCHOOL COMMITTEE,**<br>**AND GORDON L. NOSEWORTHY IN**<br>**HIS PROFESSIONAL CAPACITY AS**<br>**SUPERINTENDENT OF KINGSTON**<br>**SCHOOLS,**<br><br>               **Defendants** | **CIVIL ACTION NO. 04-11773WGY** |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the Defendants, Kingston School Committee,

and Gordon L. Noseworthy In His Professional Capacity As Superintendent of Kingston

Schools, in the above-entitled matter.

                                        KINGSTON SCHOOL COMMITTEE, AND
                                        GORDON L. NOSEWORTHY IN HIS
                                        PROFESSIONAL CAPACITY AS
                                        SUPERINTENDENT F KINGSTON SCHOOLS,
                                        Defendants
                                        By their attorneys,

                                        /s/ Rebecca J. Wilson
                                        _____
                                        Rebecca J. Wilson, Esq., BBO# 529980
                                        Jennifer Markowski, BBO # 655927
                                        PEABODY & ARNOLD LLP
                                        30 Rowes Wharf
                                        Boston, MA 02110
                                        (617) 951-2100

DATED:  October 1, 2004