EXHIBIT A

MAY 14, 2004 DISMISSAL LETTER

# Silver Lake Regional School District

**Massachusetts School Superintendency Union No. 31**

---

Administration Building – 250 Pembroke Street
Kingston, MA 02364

Telephone 781-585-4313
Facsimile 781-585-2994

May 14, 2004

Mrs. Lynne Christensen
11 Highview Terrace
Bridgewater, MA  02334

Dear Mrs. Christensen:

This letter is being sent to inform you that based on fiscal constraints and reorganization of administration of the Kingston Elementary Schools that the number of principalships is being reduced to one position.

I regret to inform you that my decision is to eliminate your principalship within the Kingston School Department effective June 30, 2004.

I appreciate the contributions you have made to the school system and wish you success with your future endeavors.

Sincerely,

Gordon L. Noseworthy, Ed.D.
Superintendent of Schools

/gln

**Serving:** *Halifax, Kingston, Plympton*