UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LYNNE CHRISTENSEN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KINGSTON SCHOOL COMMITTEE )<br>GORDON L. NOSEWORTHY in His )<br>Professional Capacity as )<br>Superintendent of Kingston )<br>Schools )<br>Defendants. )<br>) | CIVIL ACTION<br>NO. 04-11773-WGY |

ORDER

YOUNG, C.J.                                                November 24, 2004

On November 16, 2004, this Court heard arguments by the parties on the Defendants' Motion to Dismiss. At such time, counsel for Plaintiff made reference to letters and/or memoranda of the Department of Education which, according to counsel, indicate the department's interpretation of M.G.L. 71 § 41 in support of Plaintiff's argument.

Plaintiff's counsel has twenty (20) days to provide copies of such letters and/or memoranda to this Court.

SO ORDERED.

By the Court,

*William G. Young*
WILLIAM G. YOUNG
CHIEF JUDGE