UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LYNNE CHRISTENSEN
Plaintiff

v.                                                          Civil Action No. 04-11773-WGY

KINGSTON SCHOOL COMMITTEE, AND
GORDON L. NOSEWORTHY IN HIS PROFESSIONAL
CAPACITY AS SUPERINTENDENT
OF KINGSTON SCHOOLS,
Defendants
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S SUBMISSION IN RESPONSE TO THE COURT'S ORDER

After the November 16, 2004 hearing on Defendants' Motion to Dismiss, this Court requested from Plaintiff copies of any letters and/or memoranda from the Massachusetts Department of Education in support of Plaintiff's contention that Massachusetts General Laws c. 71, §§41 and 42 is inapplicable to principals with less than 3 years of service in the same school district.

Plaintiff Lynne Christensen hereby submits to this Court public documents between the Commissioner of the Massachusetts Department of Education, David P. Driscoll, and her attorneys, Terence Noonan and Kathryn Noonan. The appended letter from Commissioner of Education, David P. Driscoll, to Kathryn Noonan specifically articulates the Department of Education's position regarding the inapplicability of c. 71,

1

§§41, and 42 to principals who have less than three years service in the same school district, identical to Plaintiff Christensen. Attachment A is Commissioner Driscoll's letter of June 10, 2002 denying Principal Benvie's request for statutory arbitration under c. 71, §§ 41, 42 because he was in the school district for less than three years.

To contextualize the letters just a little, Terence Noonan and Kathryn Noonan were representing a principal, Thomas Benvie, who had a three year contract with the Whitman-Hanson Regional School District. This was his first ever position with Whitman-Hanson. The School District terminated his contract prior to the expiration date of the contract. Principal Benvie sought to employ the arbitration provisions of c. 71, §§41, and 42. Commissioner Driscoll denied his request.

Attachment B is a 1996 decision of the Commissioner of Education denying c. 71, §§ 41, 42 arbitration to an assistant principal, Mr. Pavao, because he had less than three years service with the School District.

The Plaintiff respectfully thanks this Court for its time and efforts in this matter. If this Court needs any further information, Plaintiff Christensen will provide it.

Respectfully submitted for Lynne Christensen,
By her attorneys,

Terence P. Noonan  BBO#648712
Kathryn M. Noonan  BBO#373340
Law Office of Kathryn M. Noonan
1150 Walnut Street, Newton, MA. 02461
(617) 969-4518

Dated: December 2, 2004

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 12-5-04
Kathryn M. Noonan

2