# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Civil Action
No: <u>04-11773-WGY</u>

LYNNE CHRISTENSEN
Plaintiff

v.

KINGSTON SCHOOL COMMITTEE, ET AL
Defendant

<u>ORDER OF REMAND</u>

YOUNG,C.J.

In accordance with the Court's order of March 8, 2005 , the above-entitled action is hereby remanded to Superior Court sitting in and for the County of Plymouth.

By the Court,

/s/ Elizabeth Smith

Deputy Clerk

March 10, 2005

To: All Counsel